UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS BEARD,

    v.                                                          Civil 3:13-cv-1714(JBA)

TOWN OF MONROE, PLANNING AND
ZONING COMMISSION, JOSEPH
CHAPMAN,

## JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge. The Court having reviewed all of the papers filed in conjunction with the motion and conducting oral argument, entered a ruling on December 4, 2015, granting the relief, in favor of the defendants. It is therefore;

ORDERED and ADJUDGED that judgment is entered for the defendants, TOWN OF MONROE, PLANNING AND ZONING COMMISSION and JOSEPH CHAPMAN, and the case is closed.

Dated at New Haven, Connecticut, this 7th day of December 2015.

                                                                                                ROBIN D. TABORA, Clerk

                                                                                                By        /s/
                                                                                                Tiffany O'Connor
                                                                                                 Deputy Clerk

EOD:   12/7/15